IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DANIEL MATT,

                                   ORDER

               Plaintiff,

                              07-cv-418-bbc

     v.

THE COASTAL CORPORATION
SEVERANCE PAY PLAN and
THE COASTAL CORPORATION
LONG-TERM DISABILITY PLAN,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     This is a civil action for monetary relief filed under the Employee Retirement Income Security Act of 1974, (ERISA) 29 U.S.C. §§ 1001-1461.  Now before the court is a motion for judgment on the pleadings filed by former defendant ANR Pipeline Company.  That motion is now moot, in light of two separate events.  First, after the motion to dismiss was filed, plaintiff Daniel Matt filed an amended complaint.  Second, pursuant to a stipulation by the parties, the court has ordered that (1) plaintiff's claims against ANR Pipeline Company be dismissed; (2) ANR Pipeline Company's claims against former third party defendants El Paso Corporation, El Paso CGP Company, LLC and the Coastal Corporation Long-Term Disability Plan be dismissed; and (3) the Coastal Corporation Severance Pay

1

Plan and the Coastal Corporation Long-Term Disability Plan be substituted as defendants. Dkt. #35.

Because an amended complaint was filed, and because defendant ANR Pipeline is no longer a party to this action, its motion for judgment on the pleadings will be dismissed as moot. The active defendants have filed motions for summary judgment, which will be addressed when the issues are fully briefed.

ORDER

IT IS ORDERED that the motion for judgment on the pleadings filed by ANR Pipeline Company (dkt. #10) is DISMISSED as moot.

Entered this 25th day of February, 2008.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge