IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANIEL MATT,

    Plaintiff,

v.

ANR PIPELINE COMPANY,

    Defendant and Third-Party Plaintiff,

v.

EL PASO CORPORATION, EL PASO
CGP COMPANY LLC, THE COASTAL
CORPORATION LONG-TERM
DISABILITY PLAN, and THE COASTAL
CORPORATION TRANSITION
SEVERANCE PAY PLAN,

    Third-Party Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 07-cv-418-bbc

---

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS ENTERED in favor of defendants:

(1)     DISMISSING plaintiff Daniel Matt's claims against defendant ANR Pipeline Company with prejudice and without an award of costs;

(2)     DISMISSING defendant/third-party plaintiff ANR Pipeline Company's claims against third-party defendants without an award of costs, but subject to the terms and conditions of the Indemnification Agreement between those parties; and

Judgment in a Civil Case                                                                                                           Page 2

(3)    GRANTING defendants The Coastal Corporation Long-Term Disability Plan and The Coastal Corporation Transition Severance Pay Plan's motion for summary judgment.

**THERESA M. OWENS**

by: L. Jensen, Deputy Clerk
_____                    MAR 3 1 2008
Theresa M. Owens, Clerk of Court                              Date